UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 19-108-DLB

QUINCY JONES                                                                                           PETITIONER

v.                                         **OPINION AND ORDER**

J.C. STREEVAL, WARDEN,                                                                   RESPONDENT

\*\*\* \*\*\* \*\*\* \*\*\*

Quincy Jones is an inmate at the Federal Correctional Institution in Ashland, Kentucky. Proceeding without a lawyer, Jones filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. # 1). Jones challenged a prison disciplinary conviction and sought the restoration of good conduct time. *Id.*

The United States has now responded to Jones's petition, stating that it has expunged the relevant disciplinary findings from Jones's record and restored his lost good conduct time. (Doc. # 10). Given the Government's representations to the Court, which it supports with documentary evidence, *see* (Doc. # 10-1), Jones's petition is now moot. *See, e.g.*, *Baldwin v. Barnhart*, No. 6:18-cv-248-REW, Doc. # 10 (E.D. Ky. Dec. 5, 2018) (explaining that no controversy remained because the petitioner's disciplinary conviction was expunged from his record and prison officials restored his good conduct time); *Adames v. Quintana*, No. 5:11-cv-424-KSF, Doc. # 15 (E.D. Ky. Jan. 17, 2013) (the same).

1

Accordingly, it is **ORDERED** that:

(1)  Jones's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. #1) is **DENIED** as moot;

(2)  This action is **STRICKEN** from the docket; and

(3)  The Court will enter a corresponding Judgment.

This 26th day of December, 2019.

Signed By:
*David L. Bunning*   *DB*
United States District Judge

K:\DATA\ORDERS\ProSe\19-108 Order Dismissing Case as Moot.docx